**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6704**

———————

TONY LEE BELTON,

        Plaintiff - Appellant,

    v.

DR JOEL SEXTON; DR JANICE ROSS; MARGARET HINDS, Esquire; THOMAS SCOTT, III, Esquire, are all being sued in their individual and official capacity,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Aiken.   David C. Norton, District Judge. (1:13-cv-00389-DCN)

———————

Submitted:  August 22, 2013      Decided:  August 27, 2013

———————

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tony Lee Belton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Lee Belton appeals the district court's order accepting the magistrate judge's recommendation to dismiss his 42 U.S.C. § 1983 (2006) action against Defendants after a 28 U.S.C. § 1915 (2006) review, and has filed a motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Belton's motion for appointment of counsel and affirm the district court's judgment. Belton v. Sexton, No. 1:13-cv-00389-DCN (D.S.C. filed Apr. 15, 2013; entered Apr. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED